UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. RICARDO S. ATALIG, Defendant - Appellant. | No. 03-10454<br>D.C. No. CR-02-00027-ARM<br><br>**JUDGMENT** |
|---|---|

Appeal from the United States District Court for the Northern Mariana Islands.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern Mariana Islands and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 09/16/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 1 1 2005

by: _____
Deputy Clerk