UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 17 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICARDO S. ATALIG,

    Defendant - Appellant.

No. 05-10743

D.C. No. CR-02-00027-ARM
District of the Northern Mariana Islands

ORDER

FILED
Clerk
District Court

MAY 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for relief from default is granted.

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

The certified copy of this order sent to the district court shall constitute the mandate.

*Peter L. Shaw*
General Order 6.3(e)

S:\MOATT\Cmshords\05.06\ahh\05-10743.wpd

